FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA S.,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | No. 1:26-CV-3151-JAG<br><br>ORDER GRANTING STIPULATED REMAND |

Before the court is the parties' Stipulated Motion to Remand. ECF No. 8. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 8**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

   a) Take any action necessary to complete the administrative record;

   b) Offer the claimant an opportunity for a hearing; and

c) Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED November 9, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE