AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 09, 2026
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

JESSICA S.,
*Plaintiff*
v.

FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 1:26-CV-3151-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: The parties' Stipulated Motion to Remand, ECF No. 8, is GRANTED.
This matter is REVERSED and REMANDED for further administrative proceedings pursuant to 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke

Date: November 9th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*